SECURE AXCESS, LLC, Appellant

v.

**EMC CORPORATION, RSA Security LLC, Appellees**

**2016-1354**

United States Court of Appeals, Federal Circuit.

Date February 21, 2017

ANDREW J. WRIGHT, Bruster PLLC, Southlake, TX, argued for appellant. Also represented by ANTHONY KYLE BRUSTER;

ERIC M. ALBRITTON, Albritton Law Firm, Longview, TX; ANDRE J. BAHOU, Secure Axcess, LLC, Plano, TX; GREGORY J. GONSALVES, Falls Church, VA.

WILLIAM F. LEE, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by PETER M. DICHIARA, MARK CHRISTOPHER FLEMING, CYNTHIA D. VREELAND; THOMAS A. BROWN, PAUL T. DACIER, KRISHNENDU GUPTA, EMC Corporation, Hopkington, MA.

(Lourie, Plager, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**